IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADRIANNA D. WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0022 |
| | ) | Judge Trauger |
| SIZEMORE SECURITY INTERNATIONAL, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On April 23, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion for Summary Judgment (Docket No. 33) be granted. (Docket No. 39) On May 4, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion for Sanctions (Docket No. 36) be denied. (Docket No. 40) No timely objections have been filed to either of these Reports and Recommendations. Both Reports and Recommendations are therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment (Docket No. 33) is **GRANTED**, the defendant's Motion for Sanctions (Docket No. 36) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE.**

It is so **ORDERED**.

ENTER this 29th day of May 2007.

_____
ALETA A. TRAUGER
U.S. District Judge